IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. CANATELLA,<br><br>    Petitioner,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____ / | No. C 11-02175 SI<br><br>**JUDGMENT** |

Petitioner Richard A. Canatella's petition to quash has been denied and this case has ben closed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 12, 2011

SUSAN ILLSTON
United States District Judge